**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KENOSHA BUILDING & CONSTRUCTION )
TRADES WELFARE FUND, KENOSHA LABORERS )
LOCAL 237 PENSION FUND, and STEVE REIMER, )
BUILDING & PUBLIC WORKS LABORERS )
VACATION FUND, and MILES MERTENS, )
WISCONSIN LABORERS-EMPLOYERS )     FILED: MAY 5, 2008
COOPERATION AND EDUCATION TRUST FUND, )     08 CV 2551    JH
                                     )     JUDGE HIBBLER
                                     )     MAGISTRATE JUDGE VALDEZ
                    Plaintiffs,      )
                                     )
        v.                           )
                                     )
MERIDIAN INDUSTRIAL SERVICE CORP.,   )
                                     )
                    Defendants.      )

**REGISTRATION OF FOREIGN JUDGMENT**

See attached Certification of Judgment For Registration in Another District.

Respectfully submitted,

/s/ M. Garrett Hohimer
One of Plaintiff's Attorneys

Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145
(312) 372 – 1646

AO 451 (Rev. 12/93) Certification of Judgment ®

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

Kenosha Building & Construction Trades Welfare Fund,
Kenosha Laborers Local 237 Pension Fund, Steve Reimer,
Building and Public Works Laborers Vacation Fund,
Miles Mertens and Wisconsin Laborers-Employers
Cooperation and Education Trust Fund,

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

**v.**

Meridian Industrial Service Corp.

CASE NUMBER: **07-CV-891**

    I, Jon W. Sanfilippo, Clerk of this United States District Court certify that the attached judgment is a true

and correct copy of the original judgment entered in this action on November 19, 2007, as it appears in the records

of this court, and that:

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal

Rules of Appellate procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on January 3, 2008.

JON W. SANFILIPPO
*Clerk*

*V. Kelly Bruton Terry*
*(By) Deputy Clerk*

Rev. 5/85) Judgment in a Civil Case ⊛

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

KENOSHA BUILDING & CONSTRUCTION
TRADES WELFARE FUND,
KENOSHA LABORERS LOCAL 237
PENSION FUND,
STEVE REIMER,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND,
MILES MERTENS,
WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

          Plaintiffs,

      v.                                Case No. 07-C-0891

MERIDIAN INDUSTRIAL SERVICE CORP.,

          Defendant.

---

        This action came before the court, the issues have been decided and a decision has been rendered.  Now, therefore,

        IT IS ORDERED AND ADJUDGED that default judgment be entered pursuant to Fed. R. Civ. P. 55(b)(2) in favor of plaintiffs, Kenosha Building & Construction Trades Welfare Fund, Kenosha Laborers Local 237 Pension Fund, Steve Reimer, Building & Public Works Laborers Vacation Fund, Miles Mertens, Wisconsin Laborers-Employers Cooperation and Education Trust Fund, , and against defendant Meridian Industrial Service Corp., in the amount of $11,714.73 together with costs in the amount of $383.60 and attorney's feed in the amount of $270.00.

APPROVED:        s/ C. N. CLEVERT, JR.
                          C. N. CLEVERT, JR.
                          U. S. District Judge

U.S. District Court
Eastern Dist. of Wis.
      I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office

JON W. SANFILIPPO, Clerk

                        11/19/07
              Date

DATED:    Deputy:
1/03/08 by

                                JON W. SANFILIPPO
                                  Clerk

                                s/ M. Jones
                                (By) Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KENOSHA BUILDING & CONSTRUCTION )
TRADES WELFARE FUND, KENOSHA LABORERS )
LOCAL 237 PENSION FUND, and STEVE REIMER, )
BUILDING & PUBLIC WORKS LABORERS )
VACATION FUND, and MILES MERTENS, )
WISCONSIN LABORERS-EMPLOYERS )
COOPERATION AND EDUCATION TRUST FUND, )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　Plaintiffs,　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
MERIDIAN INDUSTRIAL SERVICE CORP.,　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　Defendants.　　)

```
FILED: MAY 5, 2008
08 CV 2551   JH
JUDGE HIBBLER
MAGISTRATE JUDGE VALDEZ
```

## NOTICE OF FILING

　　　TO:　　Meridian Industrial Service Corp.
　　　　　　c/o E. Kenneth Suskin, Registered Agent
　　　　　　731 N. Milwaukee Avenue
　　　　　　Libertyville, IL 60048

　　　**PLEASE TAKE NOTICE** that on May 5, 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, a Registration of Foreign Judgment, a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　/s/ M. Garrett Hohimer
　　　　　　　　　　　　　　One of Plaintiffs' Attorneys


Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, Illinois 60606-1645
(312) 372-1646

## <u>CERTIFICATE OF SERVICE</u>

I, M. Garrett Hohimer, an attorney, certify that I caused a copy of the Registration of Foreign Judgment to be served upon the above-listed persons via first-class certified mail, return receipt requested, before the hour of 5:00 PM on May 5, 2008.

Meridian Industrial Service Corp.
c/o E. Kenneth Suskin, Registered Agent
731 N. Milwaukee Avenue
Libertyville, IL 60048

/s/  M. Garrett Hohimer
M. Garrett Hohimer

Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, Illinois  60606-1645
(312) 372-1646

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

KENOSHA BUILDING & CONSTRUCTION
TRADES WELFARE FUND, KENOSHA
LABORERS LOCAL 237 PENSION FUND,
and STEVE REIMER,

BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and MILES MERTENS,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

                 **Plaintiffs,**

   **vs.**

MERIDIAN INDUSTRIAL SERVICE CORP.,

                 **Defendant.**

```
08 CV 2551
JUDGE HIBBLER
MAGISTRATE JUDGE VALDEZ
```

Case No. 07-C-891

---

## AFFIDAVIT IN SUPPORT OF DAMAGES AND ATTORNEY FEES

---

STATE OF WISCONSIN  )
                       )SS
MILWAUKEE COUNTY   )

    **BENJAMIN A. MENZEL**, being duly sworn on oath, deposes and says as follows:

    1.     I am one of the attorneys for the Plaintiffs in the above-entitled action.  I am familiar with the files, records and proceedings in this matter.

    2.     Defendant Meridian Industrial Service Corp. was required to make contributions to the Plaintiff Funds on behalf of its eligible employees in accordance with the terms of a collective bargaining agreement between itself and Wisconsin Laborers District Council and

its Affiliated Local Unions Nos. 113 and 237, signed by the parties on January 12, 2006 (attached as Exhibit A).

3.      The unpaid contributions, interest and liquidated damages for the audited period January 1, 2006 through May 31, 2007 for the Kenosha Building & Construction Trades Welfare Fund are $6,007.52.  Calculations reflecting the amounts still due and owing are attached and labeled as Exhibit B.

4.      The unpaid contributions, interest and liquidated damages for the audited period January 1, 2006 through May 31, 2007 for the Laborers Local 237 Pension Fund are $3,554.63.  Calculations reflecting the amounts still due and owing are attached and labeled as Exhibit B.

5.      The unpaid contributions, interest and liquidated damages for the audited period January 1, 2006 through May 31, 2007 for the Building & Public Works Laborers Vacation Fund Are $1,435.92.   Calculations reflecting the amounts still due and owing are attached and labeled as Exhibit B.

6.      The unpaid contributions, interest and liquidated damages for the audited period January 1, 2006 through May 31, 2007 for the LECET Fund are $63.06.  Calculations reflecting the amounts still due and owing are attached and labeled as Exhibit B.

7.      ERISA §502(g)(2) (29 U.S.C. §1132 (g)(2)) and the collective bargaining agreements signed by Defendant Meridian Industrial Service Corp.  provide that delinquent employers shall pay reasonable attorney fees and costs in addition to delinquent contributions, interest and liquidated damages.

8.      Plaintiffs' attorney fees as of November 6, 2007 are $270.00.  Those fees consist of client conferences; drafting correspondence to the defendant; drafting, filing and

-2-

serving of the Summons and Complaint;  reviewing audit and contractual documents,  and preparing all default papers and accompanying affidavits.  A copy of the computer printout itemizing attorney fees is attached and labeled Exhibit C.

9.      Plaintiffs' costs of prosecution as of November 6, 2007 are $383.60.  Those include filing fees to commence this court action and fees for service of process.  A copy of the computer printout itemizing costs of prosecution advanced is attached and labeled Exhibit D.

10.      Plaintiffs' total damages, including attorney fees and costs of prosecution are $11,714.73.

Benjamin A. Menzel

Subscribed and sworn to before
me this  7th  day of November, 2007.

Notary Public, State of Wisconsin
My commission is expires: 12/19/09

-3-

JAN-27-2006  02:52

LABORERS'
INTERNATIONAL
UNION of North America

LOCAL #237

LOCAL #237 of the Laborers' International Union of North America

(hereinafter referred to as the "EMPLOYER") and Kenosha and Racine Laborers'
Local #237 of the Laborers' International Union of North America (hereinafter
referred to as the "UNION").

The Union has claimed and demonstrated and the Employer is satisfied a
acknowledges that the Union represents a majority of the Employer's employees
an appropriate bargaining unit for purposes of collective bargaining.

The Employer hereby recognizes the Union as the exclusive bargaining age
under Section 9(a) of the National Labor Relations Act for all employees perform
work within the Union's trade jurisdiction on all present and future jobsites with
the Union's geographic jurisdiction.

This Agreement for Voluntary recognition is made and entered into

this _____ Day of _____, 20____ by and between

UNION

Laborers' Local #237 of
Kenosha and Racine, Wisconsin
of the Laborers' International Union
of North America

By: _____

Title: Business Manager

By: _____

Title: _____

EMPLOYER

414 873 5155

**PLEASE SIGN AND RETURN TO**

Mr. Steve Rislove / Business Manager
Laborer's Local #237
6758 14th Avenue
P. O. Box 1917
Kenosha, Wisconsin 53141

(We) hereby agree to be bound by the provisions of the 2003-2006 Collective Bargaining
Agreement between the Tri-County Contractor's Association, Inc., and the Wisconsin Laborers District
Council's Affiliated Local #237.

Signed _____

Contractor _Midland Industrial Service Corp._

Address _11 N. Skokie Hwy., Suite 206_

City/State _Lake Bluff, IL. 60044_

Phone _847 283-9900_

Fax _847 283-9909_

(DATE)  _1-12-06_

28

EXHIBIT
A

TABBIES

LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

WISCONSIN LABORERS' DISTRICT COUNCIL AND ITS
AFFILIATED LOCAL UNION NO. 113

By _____
John Schmitt, Business Manager

By _____
James Annis, President

ALLIED CONSTRUCTION EMPLOYERS ASSOCIATION, INC.

By _____
James Berg, President

By _____
Thomas J. Lorenz, Chairman
ACEA Labor Policy Committee

ASSOCIATED GENERAL CONTRACTORS
OF GREATER MILWAUKEE, INC.

By _____
Anthony Gabrysiak, Chairman
AGC Labor Policy

By _____
Robert Stelter, President
AGC of Greater Milwaukee

42

43

ALL OTHER CONTRACTORS SIGN HERE

MERIDIAN INDUSTRIAL SERVICE CORP
Company Name

By _____
STACY GILWIRET - PRESIDENT
Name and Title

11 N. SKOKIE HWY, SUITE 206
Address

LAKE BLUFF, IL. 60044
City                              State        Zip

847-283-9700
Telephone Number

1-12-06
Date

LOCAL

JAN-27-2006 02:53        414 873 5155        P.04/04

TOTAL P.04

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

July 9, 2007

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

MERIDIAN INDUSTRIAL SERVICE CORP
11 North Skokie Highway #206
Lake Bluff, IL  60044-0000
Ms. Stacy Gilhart, President

RE: Field Audit Examination of: Wednesday, June 27, 2007
    Period of Audit:  Jan-01-2006 thru May-31-2007
    Craft:  WI Laborers

Dear Ms. Gilhart :

Our field auditor examined your firms payroll records recently to determine if contributions were consistently correct for the various funds within the provisions of the governing trust agreement on behalf of the employees performing work within the jurisdiction.

The audit, including a review of the payroll records, answers to questions presented by the auditor and records of contributions paid to the Fund(s) indicates a deficiency between hours worked and hours reported to the Funds.

We are enclosing for your file, copies of the remittance report forms prepared for you by Our audit staff.  Kindly remit a check for the indicated total amount below payable to the separate Fund(s).

|  | Contributions | Interest | Liq Damages | Grand Total |
|---|---|---|---|---|
|  | $1,124.70 | $160.38 | $213.90 | $1,498.98 |
| WI Laborers Pension | $0.00 | $0.00 | $0.00 | $0.00 |
| WI Laborers Health | $0.00 | $0.00 | $0.00 | $0.00 |
| WI Laborers Dues | $0.00 | $0.00 | $0.00 | $0.00 |
| WI Laborers LECET | $55.20 | $7.86 | $0.00 | $63.06 |
| WI Laborers Build & Public Works | $1,069.50 | $152.52 | $213.90 | $1,435.92 |
| WI Laborers Labor Mgmnt | $0.00 | $0.00 | $0.00 | $0.00 |
| WI Laborers Safety & Training | $0.00 | $0.00 | $0.00 | $0.00 |
| WI Laborers Drug | $0.00 | $0.00 | $0.00 | $0.00 |
| WI Laborers Skill | $0.00 | $0.00 | $0.00 | $0.00 |
| WI Laborers Cement Masons 558 | $0.00 | $0.00 | $0.00 | $0.00 |
| WI Laborers CA Fund | $0.00 | $0.00 | $0.00 | $0.00 |

1 1/2% will be assessed on the unpaid balance.

**EXHIBIT**

B

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

MERIDIAN INDUSTRIAL SERVICE CORP
11 North Skokie Highway #206
Lake Bluff IL  60044-0000
Ms. Stacy Gilhart President

July 9, 2007
Page 2

Payment in full to the Fund is required within fourteen (14) days from the date of this letter.  In the event payment is not received in fourteen (14) days, the file will be referred to the collection attorney.  The effect of such will be the imposition of liquidated damages of (20%) of the unpaid contributions.  Additional Interest, attorney's fees and costs will also be assessed.

The Trustees urge you to make the payment specified within the allocated time to save you additional expenses.  For your convenience, and for control purposes, please use the enclosed self-addressed envelope for your remittance.

Sincerely,

Michael G. Koehler
Payroll Audit Supervisor

MGK/db

Enclosure

CC.  Mr. Richard Franken, Administrative Manager

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

July 9, 2007

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

MERIDIAN INDUSTRIAL SERVICE CORP

11 North Skokie Highway #206

Lake Bluff, IL  60044-0000

Ms. Stacy Gilhart, President

RE: Field Audit Examination of: Wednesday, June 27, 2007
    Period of Audit:  Jan-01-2006 thru May-31-2007
    Craft:  Kenosha Laborers Loc 237

Dear Ms. Gilhart :

Our field auditor examined your firms payroll records recently to determine if contributions  were consistently correct for the various funds within the provisions of the governing trust agreement on behalf of the employees performing work within the jurisdiction.

The audit, including a review of the payroll records, answers to questions presented by the auditor and records of contributions paid to the Fund(s) indicates a deficiency between hours worked and hours reported to the Funds.

We are enclosing for your file, copies of the remittance report forms prepared for you by Our audit staff.  Kindly remit a check for the indicated total amount below payable to the separate Fund(s).

|  | Contributions | Interest | Liq Damages | Grand Total |
|---|---|---|---|---|
|  | $7,730.10 | $1,145.54 | $386.51 | $9,262.15 |
| Ken Laborers 237 Pension | $2,840.10 | $422.52 | $142.01 | $3,404.63 |
| Ken Laborers 237 Health | $4,890.00 | $723.02 | $244.50 | $5,857.52 |
| Ken Laborers 237 Vacation | $0.00 | $0.00 | $0.00 | $0.00 |
| Ken Laborers 237 Dues | $0.00 | $0.00 | $0.00 | $0.00 |
| Ken Laborers 237 LECET | $0.00 | $0.00 | $0.00 | $0.00 |
| Ken Laborers 237 Atty Fee/Pnsn | $0.00 | $0.00 | $0.00 | $0.00 |
| Ken Laborers 237 Atty Fee/Hlth | $0.00 | $0.00 | $0.00 | $0.00 |
| Ken Laborers 237 Atty Fee/Vac | $0.00 | $0.00 | $0.00 | $0.00 |
| Ken Laborers 237 IAP | $0.00 | $0.00 | $0.00 | $0.00 |

1 1/2% will be assessed on the unpaid balance.

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

MERIDIAN INDUSTRIAL SERVICE CORP
11 North Skokie Highway #206
Lake Bluff IL 60044-0000
Ms. Stacy Gilhart President

July 9, 2007
Page 2

Payment in full to the Fund is required within fourteen (14) days from the date of this letter.  In the event payment is not received in fourteen (14) days, the file will be referred to the collection attorney.  The effect of such will be the imposition of liquidated damages of (20%) of the unpaid contributions.  Additional Interest, attorney's fees and costs will also be assessed.

The Trustees urge you to make the payment specified within the allocated time to save you additional expenses.  For your convenience, and for control purposes, please use the enclosed self-addressed envelope for your remittance.

Sincerely,

Michael G. Koehler
Payroll Audit Supervisor

MGK/db

Enclosure

CC.   Ms. Diane Merkes, Administrative Manager
      Ms. Joan Henningfeld

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS · BRICKLAYERS · MASONS · OPERATIVE PLASTERERS · LABORERS · OP. ENGINEERS
PAINTERS · TILE FINISHERS · IRONWORKERS · PLUMBERS · PIPEFITTERS · STEAMFITTERS
SHEET METAL WORKERS · HEAT & FROST INSULATORS

July 10, 2007

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

MERIDIAN INDUSTRIAL SERVICE CORP
11 North Skokie Highway #206
Lake Bluff, IL  60044-0000
Ms. Stacy Gilhart, President

RE: Field Audit Examination of: Wednesday, June 27, 2007
    Period of Audit:  Jan-01-2006 thru May-31-2007
    Craft:  Tri-County IAP Fund

Dear Ms. Gilhart :

Our field auditor examined your firms payroll records recently to determine if contributions  were consistently correct for the various funds within the provisions of the governing trust agreement on behalf of the employees performing work within the jurisdiction.

The audit, including a review of the payroll records, answers to questions presented by the auditor and records of contributions paid to the Fund(s) indicates a deficiency between hours worked and hours reported to the Funds.

We are enclosing for your file, copies of the remittance report forms prepared for you by Our audit staff.  Kindly remit a check for the indicated total amount below payable to the separate Fund(s).

|  | Contributions | Interest | Liq Damages | Grand Total |
|---|---|---|---|---|
|  | $34.50 | $4.92 | $6.90 | $46.32 |
| Tri-County IAP Industry Advancemen | $34.50 | $4.92 | $6.90 | $46.32 |

1 1/2% will be assessed on the unpaid balance.

# COMBINED CRAFTS STATEWIDE AUDIT PROGRAM

CARPENTERS - BRICKLAYERS - MASONS - OPERATIVE PLASTERERS - LABORERS - OP. ENGINEERS
PAINTERS - TILE FINISHERS - IRONWORKERS - PLUMBERS - PIPEFITTERS - STEAMFITTERS
SHEET METAL WORKERS - HEAT & FROST INSULATORS

2901 W. BELTLINE HIGHWAY, SUITE 100
MADISON, WI 53713-4231
TELEPHONE (608) 278-9500

MERIDIAN INDUSTRIAL SERVICE CORP
11 North Skokie Highway #206
Lake Bluff IL  60044-0000
Ms. Stacy Gilhart President

July 9, 2007
Page 2

Payment in full to the Fund is required within fourteen (14) days from the date of this letter.  In the event payment is not received in fourteen (14) days, the file will be referred to the collection attorney.  The effect of such will be the imposition of liquidated damages of (20%) of the unpaid contributions.  Additional Interest, attorney's fees and costs will also be assessed.

The Trustees urge you to make the payment specified within the allocated time to save you additional expenses.  For your convenience, and for control purposes, please use the enclosed self-addressed envelope for your remittance.

Sincerely,

Michael G. Koehler
Payroll Audit Supervisor

MGK/db

Enclosure

CC.   Ms. Jacqueline Boudreaux, Racine Area Manufactures & Commerce
      Ms. Kris Epping

## KENOSHA & VICINITY'
## AUDIT BILLING  SUMMARY SHEET

Employer:   Meridian Industrial Service
Craft:       Kenosha Laborers#237
Audit Date:  6/27/07
Audit Period:  1/1/06 To 5/31/07

|  | Fund | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|
| KBTWEL | Health | 4,890.00 | 244.50 | 723.02 | 5,857.52 |
| WLVAC | Vacation/Dues | 1,069.50 | 213.90 | 152.52 | 1,435.92 |
| KL237P | Pension | 2,840.10 | 142.01 | 422.52 | 3,404.63 |
| TCIAP | IAP | 34.50 | 6.90 | 4.92 | 46.32 |
| WLLECET | LECET | 55.20 |  | 7.86 | 63.06 |
|  |  | $8,889.30 | $607.31 | $1,310.84 | $10,807.45 |

KSS:96

## KENOSHA AND VICINITY
## WELFARE-VACATION-PENSION FUN

**3030 39th Avenue**
**Kenosha, WI 53144**

| | | | | | |
|---|---|---|---|---|---|
| Employer: | Meridian Industrial Service | | Work Mo: | Feb. '06 | Code: KLBG05 |
| Address: | 11 N. Skokie Hwy #206 | | Union | Laborers | L\D: |
| | Lake Bluff, IL 60044 | | Local # | 237 | Auditor: RR |
| | | | Mos: | 17 | No.of Emp: |
| Phone #: | (847) 283-9900 | | Emp. IRS# | 32-0089298 | |

| Soc. Sec. # | Employee | Discrep. | Health Hrs. | Vacation Pm | Pension Pmt | Other Pmt. |
|---|---|---|---|---|---|---|
| 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 | Smith, Tim | Delinquent | 88.00 | 136.40 | 352.00 | 4.40 |
| 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 | Labiwski, Tom | Delinquent | 68.00 | 105.40 | 272.00 | 3.40 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 6.70 | 156.00 | 1,045.20 | 52.26 | 279.85 | 1,377.31 |
| Vacation/Dues | 1.55 | 156.00 | 241.80 | 48.36 | 61.66 | 351.82 |
| Pension | 4.00 | 156.00 | 624.00 | 31.20 | 167.08 | 822.28 |
| IAP | 0.05 | 156.00 | 7.80 | 1.56 | 1.99 | 11.35 |
| LECET | 0.08 | 156.00 | 12.48 | | 3.18 | 15.66 |
| KPP:96 | | | | Page Total = | | 2,578.42 |

# KENOSHA AND VICINITY
## WELFARE-VACATION-PENSION FUN

**3030 39th Avenue**
**Kenosha, WI 53144**

| | | | | |
|---|---|---|---|---|
| Employer: | Meridian Industrial Service | Work Mo: | August '06 | Code: KLBG06 |
| Address: | 11 N. Skokie Hwy #206 | Union | Laborers | L\D: |
| | Lake Bluff, IL 60044 | Local # | 237 | Auditor: RR |
| | | Mos: | 9 | No.of Emp: |
| Phone #: | (847) 283-9900 | Emp. IRS# | 32-0089298 | |

| Soc. Sec. # | Employee | Discrep. | Health Hrs. | Vacation Pm | Pension Pmt | Other Pmt. |
|---|---|---|---|---|---|---|
| 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 | Perez, Gabriel | Delinquent | 80.00 | 124.00 | 332.00 | 4.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 7.20 | 80.00 | 576.00 | 28.80 | 81.65 | 686.45 |
| Vacation/Dues | 1.55 | 80.00 | 124.00 | 24.80 | 16.74 | 165.54 |
| Pension | 4.15 | 80.00 | 332.00 | 16.60 | 47.06 | 395.66 |
| IAP | 0.05 | 80.00 | 4.00 | 0.80 | 0.54 | 5.34 |
| LECET | 0.08 | 80.00 | 6.40 | | 0.86 | 7.26 |
| KPP:96 | | | | Page Total = | | 1,260.25 |

## KENOSHA AND VICINITY
## WELFARE-VACATION-PENSION FUN

**3030 39th Avenue**
**Kenosha, WI 53144**

| | | | | |
|---|---|---|---|---|
| Employer: | Meridian Industrial Service | Work Mo: | October '06 | Code: KLBG06 |
| Address: | 11 N. Skokie Hwy #206 | Union | Laborers | L\D: |
| | Lake Bluff, IL 60044 | Local # | 237 | Auditor: RR |
| | | Mos: | 7 | No.of Emp: |
| Phone #: | (847) 283-9900 | Emp. IRS# | 32-0089298 | |

| Soc. Sec. # | Employee | Discrep. | Health Hrs. | Vacation Pm | Pension Pmt | Other Pmt. |
|---|---|---|---|---|---|---|
| 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 | Perez, Gabriel | Delinquent | 120.00 | 186.00 | 498.00 | 6.00 |
| 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 | Galindo, Matius | Delinquent | 40.00 | 62.00 | 166.00 | 2.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 7.20 | 160.00 | 1,152.00 | 57.60 | 127.01 | 1,336.61 |
| Vacation/Dues | 1.55 | 160.00 | 248.00 | 49.60 | 26.04 | 323.64 |
| Pension | 4.15 | 160.00 | 664.00 | 33.20 | 73.21 | 770.41 |
| IAP | 0.05 | 160.00 | 8.00 | 1.60 | 0.84 | 10.44 |
| LECET | 0.08 | 160.00 | 12.80 | | 1.34 | 14.14 |
| KPP:96 | | | | | Page Total = | 2,455.24 |

## KENOSHA AND VICINITY
## WELFARE-VACATION-PENSION FUN

**3030 39th Avenue**
**Kenosha, WI 53144**

| | | | | |
|---|---|---|---|---|
| Employer: | Meridian Industrial Service | Work Mo: | Nov. '06 | Code: KLBG06 |
| Address: | 11 N. Skokie Hwy #206 | Union | Laborers | L\D: |
| | Lake Bluff, IL 60044 | Local # | 237 | Auditor: RR |
| | | Mos: | 6 | No.of Emp: |
| Phone #: | (847) 283-9900 | Emp. IRS# | 32-0089298 | |

| Soc. Sec. # | Employee | Discrep. | Health Hrs. | Vacation Pm | Pension Pmt | Other Pmt. |
|---|---|---|---|---|---|---|
| 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 | Perez, Gabriel | Delinquent | 80.00 | 124.00 | 332.00 | 4.00 |
| 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 | Galindo, Matius | Delinquent | 33.00 | 51.15 | 136.95 | 1.65 |
| 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 | Zerfus, Michael | Delinquent | 29.00 | 44.95 | 120.35 | 1.45 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 7.20 | 142.00 | 1,022.40 | 51.12 | 96.62 | 1,170.14 |
| Vacation/Dues | 1.55 | 142.00 | 220.10 | 44.02 | 19.81 | 283.93 |
| Pension | 4.15 | 142.00 | 589.30 | 29.47 | 55.69 | 674.46 |
| IAP | 0.05 | 142.00 | 7.10 | 1.42 | 0.64 | 9.16 |
| LECET | 0.08 | 142.00 | 11.36 | | 1.02 | 12.38 |
| KPP:96 | | | | Page Total = | | 2,150.07 |

## KENOSHA AND VICINITY
## WELFARE-VACATION-PENSION FUN

**3030 39th Avenue**
**Kenosha, WI 53144**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employer: | Meridian Industrial Service | Work Mo: | Sept. '06 | | Code: KLBG06 | |
| Address: | 11 N. Skokie Hwy #206 | Union | Laborers | | | L\D: |
| | Lake Bluff, IL 60044 | Local # | 237 | | Auditor: RR | |
| | | Mos: | 8 | | No.of Emp: | |
| Phone #: | (847) 283-9900 | Emp. IRS# | 32-0089298 | | | |

| Soc. Sec. # | Employee | Discrep. | Health Hrs. | Vacation Pm | Pension Pmt | Other Pmt. |
|---|---|---|---|---|---|---|
| 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 | Perez, Gabriel | Delinquent | 152.00 | 235.60 | 630.80 | 7.60 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L\D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 7.20 | 152.00 | 1,094.40 | 54.72 | 137.89 | 1,287.01 |
| Vacation/Dues | 1.55 | 152.00 | 235.60 | 47.12 | 28.27 | 310.99 |
| Pension | 4.15 | 152.00 | 630.80 | 31.54 | 79.48 | 741.82 |
| IAP | 0.05 | 152.00 | 7.60 | 1.52 | 0.91 | 10.03 |
| LECET | 0.08 | 152.00 | 12.16 | ▬▬▬ | 1.46 | 13.62 |
| KPP:96 | | | | | Page Total = | 2,363.47 |




The Law Offices Of

# Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, s.c.

1555 North RiverCenter Drive, Suite 202
Milwaukee, Wisconsin 53212

Telephone 414.271.4500
Fax 414.271.6308

November 06, 2007
Statement of Attorneys Fees
FBU003     - 75151
CO: Meridian Industrial Servic

| | | | | |
|---|---|---|---|---|
| 8/9/2007 | JJB | Review referral; Office conference with BAM; Telephone conference with M. Koehler. | 0.20 | hr |
| 9/14/2007 | BAM | Review file ; Draft report. | 0.20 | hr |
| 10/2/2007 | BAM | Review file ; Draft complaint | 0.20 | hr |
| 10/11/2007 | BAM | Review file ; Draft report. | 0.20 | hr |
| 10/22/2007 | BAM | Review file ; Telephone conference with company; Draft report. | 0.20 | hr |
| 11/06/2007 | BAM | Draft and edit default pleadings | 0.20 | hr |

Total Hours        1.20

Total Attorney Fees    $180.00



EXHIBIT

C

Please make checks payable to Previant, Goldberg, & Uelmen, s.c. Federal I.D. 39-1211596



The Law Offices Of

# Previant, Goldberg, Uelmen,
# Gratz, Miller & Brueggeman, s.c.

1555 North RiverCenter Drive, Suite 202
Milwaukee, Wisconsin 53212

Telephone 414.271.4500
Fax 414.271.6308

November 06, 2007
Statement of Attorneys Fees
FLA003      - 75151
CO: Meridian Industrial Servic

| | | | |
|---|---|---|---|
| 9/14/2007 | BAM | Review file ; Draft report. | 0.10  hr |
| 10/2/2007 | BAM | Review file ; Draft complaint | 0.10  hr |
| 10/11/2007 | BAM | Review file ; Draft report. | 0.10  hr |
| 10/22/2007 | BAM | Review file ; Telephone conference with company; Draft report. | 0.10  hr |
| 11/06/2007 | BAM | Draft and edit default pleadings | 0.20  hr |

Total Hours     0.60

Total Attorney Fees     $90.00





The Law Offices Of

# Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, s.c.

1555 North RiverCenter Drive, Suite 202
Milwaukee, Wisconsin 53212

Telephone 414.271.4500
Fax 414.271.6308

November 06, 2007
Statement of Attorneys Costs
FBU003    - 75151
CO: Meridian Industrial Servic

| | | |
|---|---|---:|
| 10/3/2007 | Vendor Clerk, US District Court Eastern District of WI; (F) Filing Fee - Re: Meridian Industrial Service | $87.50 |
| 10/8/2007 | Vendor Sheriff, Lake County; (F) Service of Process - Re: Meridian Industrial Service | $8.40 |
| | Total | $95.90 |



**EXHIBIT**

D

Please make checks payable to Previant, Goldberg, & Uelmen, s.c. Federal I.D. 39-1211596

The Law Offices Of

# Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, s.c.

1555 North RiverCenter Drive, Suite 202
Milwaukee, Wisconsin 53212

Telephone 414.271.4500
Fax 414.271.6308

November 06, 2007
Statement of Attorneys Costs
FLA237     - 75151
CO: Meridian Industrial Servic

| | | |
|---|---|---|
| 10/3/2007 | Vendor Clerk, US District Court Eastern District of WI; (F) Filing Fee - Re: Meridian Industrial Service | $87.50 |
| 10/8/2007 | Vendor Sheriff, Lake County; (F) Service of Process - Re: Meridian Industrial Service | $8.40 |
| | Total | $95.90 |

The Law Offices Of



# Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, s.c.

1555 North RiverCenter Drive, Suite 202
Milwaukee, Wisconsin 53212

Telephone 414.271.4500
Fax 414.271.6308

November 06, 2007
Statement of Attorneys Costs
FLA001    - 75151
CO: Meridian Industrial Servic

| Date | Description | Amount |
|---|---|---|
| 10/3/2007 | Vendor Clerk, US District Court Eastern District of WI; (F) Filing Fee - Re: Meridian Industrial Service | $87.50 |
| 10/8/2007 | Vendor Sheriff, Lake County; (F) Service of Process - Re: Meridian Industrial Service | $8.40 |
| | Total | $95.90 |


The Law Offices Of

# Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, s.c.

1555 North RiverCenter Drive, Suite 202
Milwaukee, Wisconsin 53212

Telephone 414.271.4500
Fax 414.271.6308

November 06, 2007
Statement of Attorneys Costs
FLA003      - 75151
CO: Meridian Industrial Servic

| | | |
|---|---|---|
| 10/3/2007 | Vendor Clerk, US District Court Eastern District of WI; (F) Filing Fee - Re: Meridian Industrial Service | $87.50 |
| 10/8/2007 | Vendor Sheriff, Lake County; (F) Service of Process - Re: Meridian Industrial Service | $8.40 |
| | Total | $95.90 |


Please make checks payable to Previant, Goldberg, & Uelmen, s.c. Federal I.D. 39-1211596

**Other Documents**

2:07-cv-00891-CNC Kenosha Building & Construction Trades Welfare Fund et al v. Meridian Industrial Service Corp

## United States District Court

### Eastern District of Wisconsin

**Notice of Electronic Filing**

The following transaction was entered by Menzel, Benjamin on 11/8/2007 at 12:12 PM CST and filed on 11/8/2007

**Case Name:** Kenosha Building & Construction Trades Welfare Fund et al v. Meridian Industrial Service Corp

**Case Number:** 2:07-cv-891

**Filer:**

**Document Number:** 9

**Docket Text:**
AFFIDAVIT of Benjamin A. Menzel *In Support of Damages And Attorney Fees*. (Attachments: # (1) Exhibit A-D)(Menzel, Benjamin)

**2:07-cv-891 Notice has been electronically mailed to:**

Benjamin A Menzel     bam@previant.com, sp@previant.com

**2:07-cv-891 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001523647 [Date=11/8/2007] [FileNumber=935475-0]
[2bd5b710aa13e350f8d32f8817a899394b4486048d201ad325322e3ec95bade94863
ea9713689a6e2b4e4276f37c956e1a3fa44a3ea6287be160292e408b6185]]
**Document description:**Exhibit A-D
**Original filename:**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001523647 [Date=11/8/2007] [FileNumber=935475-1]
[ae678ab602a2fd464fa494e8f31d2a775494f12ff703e8d7e7e894f42ff83bea9414
6de6b2c35a4ea66863bbd2ebd1d1b60206ca38c4f6eaccba587d6af4942e]]