# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Kenosha Building & Construction Trades Welfare Fund, Kenosha Laborers Local 237 Pension Fund, et al.,
v.
Meridian Industrial Service Corp.

Case Number:
FILED: MAY 5, 2008
08 CV 2551    JH
JUDGE HIBBLER
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> M. Garrett Hohimer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ M. Garrett Hohimer | |
| FIRM <br> Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS <br> 122 S. Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06291640 | TELEPHONE NUMBER <br> 312-327-3461 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |