## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Kenosha Building & Construction Trades Welfare Fund, Kenosha Laborers Local 237 Pension Fund, et al., <br> v. <br> Meridian Industrial Service Corp. | FILED: MAY 5, 2008 <br> 08 CV 2551    JH <br> JUDGE HIBBLER <br> MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> William Leathem | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ William Leathem | |
| FIRM <br> Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS <br> 122 S. Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06201484 | TELEPHONE NUMBER <br> 312-327-3446 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑    NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |